UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUCAS McLAUGHLIN | CIVIL ACTION |
| VERSUS | NO. 13-6563 |
| ROBERT TANNER, ET AL. | SECTION "A"(3) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** the Motion for Partial Dismissal (Rec. Doc. 13), filed by Robert Tanner, Keith Bickham, and Johnny Gerald, is **GRANTED** and the individual-capacity claims against those defendants are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 20th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE